## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BOYER,** | : | **CIVIL ACTION NO. 1:18-CV-1499** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **COVERGENT OUTSOURCING,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of November, 2018, upon consideration of the notice (Doc. 13) of settlement filed by plaintiff on today's date, indicating that the parties in the above-captioned case have reached a settlement and anticipate filing a notice of withdrawal of complaint and voluntary dismissal within 60 days, it is hereby ORDERED that the case management conference scheduled for November 27, 2018, at 10:45 a.m. is CANCELLED and the parties shall file their anticipated dismissal request in accordance with Federal Rule of Civil Procedure 41(a) within 60 days.[1]

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] The court notes that because an answer has already been filed, (see Doc. 10), the above-captioned action can be dismissed by the plaintiff in only one of two ways: a stipulation of dismissal signed by all parties to have appeared, see FED. R. CIV. P. 41(a)(1)(a)(ii), or by motion and court order, see FED. R. CIV. P. 41(a)(2).