# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BOYER,** | : | CIVIL ACTION NO. 1:18-CV-1499 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **COVERGENT OUTSOURCING, INC.,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of January, 2019, upon consideration of the stipulation (Doc. 15) of dismissal filed by the parties to the above-captioned action, wherein the parties stipulate to dismissal of this action with prejudice and without costs to any party, and purport to stipulate to the court's retention of jurisdiction for enforcement of the terms of the settlement agreement, and the court concluding that the stipulation is appropriately construed as a motion for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) given the retention of jurisdiction proposed therein as well as the signature line for judicial approval, see FED. R. CIV. P. 41(a)(2), it is hereby ORDERED that:

1. The parties' stipulation (Doc. 15) of dismissal is CONSTRUED as a motion for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and is GRANTED as so construed.

2. The above-captioned action is DISMISSED in its entirety with prejudice and without costs to any party.

3. The Clerk of Court is directed to CLOSE this case.

4. The court will retain jurisdiction for the limited purpose of enforcing the terms of the parties' settlement agreement.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania